# COURT MINUTES

## Magistrate Judge Marty Elfenbein

Atkins Building Courthouse - 5th Floor Date: 10/16/2026 Time: 2:00 PM

Defendant: Lynden George Harris J#: 00768-513 Case #: 26-MJ-3872-ELFENBEIN (SEALED)

AUSA: Roger Cruz Attorney: Bunmi Lomx, AFPD

Violation: WARR\SD-CA\COMPLAINT\BANK FRAUD Surr/Arrest Date: 10/16/2026 YOB: 1995

Proceeding: Initial Appearance CJA Appt:

Bond/PTD Held: ○ Yes ○ No Recommended Bond: TEMP-PTD

Bond Set at: Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ________x's a week/month by phone: ______x's a week/month in person
- ☐ Random urine testing by Pretrial Services ________ Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses except through counsel
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ________ pm to ________ am, paid by ________
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to:
- ☐ Other:

Language: English

Disposition:

**Defendant advised of rights and charges.**
**Government ore tenus motion to unseal -Granted-.**
**Defense ore tenus motion to appoint Counsel – Granted-.**
**Defendant sworn; AFPD appointed.**
**Government seeks PTD based on serious risk of flight and danger to the community.**
**Government ore tenus motion for PTD hearing -Granted.**

Time from today to ________ excluded from Speedy Trial Clock

| NEXT COURT APPEARANCE | Date: | Time: | Judge: | Place: |
|---|---|---|---|---|
| **PCH:** | **10/30/26** | **1:30pm** | **Duty** | **Miami** |
| **PTD**/Bond Hearing: | **10/20/26** | **10am** | **Duty** | **Miami** |
| Prelim/Arraign or **Removal**: | **10/30/26** | **1:30pm** | **Duty** | **Miami** |
| Status Conference RE: | | | | |

D.A.R. 15:57:27 Time in Court: 12 mins

s/Marty Elfenbein Magistrate Judge